994 F.2d 1338w
 Doris A. SCOTT, individually and as Personal Representative
of the Estate of John William Scott, deceased,
Plaintiff-Appellant,
v.
James L. HENRICH; David J. Flamand; Butte-Silver Bow Law
Enforcement Agency; City of Butte; County of
Silver Bow, Defendants-Appellees.
 No. 91-35429.
 United States Court of Appeals,
Ninth Circuit.
 Submitted June 3, 1992.
Decided Oct. 15, 1992.
As Amended on Denial of Rehearing
and Rehearing En Banc May 21, 1993.
For Withdrawing Order, See 994 F.2d 1343.
 
 1
 THE COURT HAS WITHDRAWN THIS OPINION.
 
 
 2